FILED

08 MAR -5 PM 3:20

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 0644 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. VICTOR MANUEL OROZCO-AGUIRRE, Defendant. | Criminal Case No. ________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

On or about February 21, 2008, within the Southern District of California, defendant VICTOR MANUEL OROZCO-AGUIRRE did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 139.00 kilograms (308.20 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 5, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
W. MARK CONOVER
Assistant U.S. Attorney

WMC:fer:Imperial
3/5/08