STEVEN F. HUBACHEK
California State Bar Number 147703
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467

Attorneys for Defendant Orozco Aguirre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VICTOR MANUEL OROZCO-AGUIRRE,<br>Defendant. | Case No. 08CR0644-LAB<br><br>DECLARATION OF DEFENSE COUNSEL IN SUPPORT OF MOTION FOR ORDER TO SHORTEN TIME |

I, Steven F. Hubachek, declare under penalty of perjury that:

1. I am an attorney duly licensed to practice law in the State of California and in the United States District Court for the Southern District of California, and am admitted to practice before the United States Court of Appeals for the Ninth Circuit.

2. Counsel was assigned to this case on Thursday, March 20, 2008, only three days before motions were due.

3. Counsel is also working on a petition for a writ of certiorari in the case of Cuevas-Torres v. United States, which is due on Thursday, March 27, 2008.

4. Counsel filed substantial motions in United States v. Urueta-Herrejon, Case No. 08cr0549-LAB on Monday, March 24, 2008.

//

5. The instant motions involve a Fourth Amendment challenge to the Highway 86 checkpoint, a complex issue that requires original research.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: March 26, 2008

/s/ Steven F. Hubachek
STEVEN F. HUBACHEK