STEVEN F. HUBACHEK
California State Bar Number 147703
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467

Attorneys for Defendant Orozco Aguirre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VICTOR MANUEL OROZCO-AGUIRRE,<br>Defendant. | ) | Case No. 08CR0644-LAB<br><br>MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF 25 PAGES |

The above-named defendant, Victor Manuel Orozco Aguirre, by and through counsel, moves this Court for an order granting leave to file motions over twenty-five pages due to complexity of the issues in this case, which include a motion to dismiss the indictment and two suppression motions.

Respectfully submitted,

/s/ Steven F. Hubachek

Dated: March 26, 2008

STEVEN F. HUBACHEK
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Orozco Aguirre

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Randy Jones**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Randy.Jones2@usdoj.gov

Respectfully submitted,

Dated: March 26, 2008

/s/ Steven F. Hubachek

**STEVEN F. HUBACHEK**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Steven_Hubachek@fd.org