UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VICTOR MANUEL OROZCO-AGUIRRE,<br>Defendant. | Case No. 08CR0644-LAB<br><br>ORDER TO SHORTEN TIME |

Good cause having been shown **IT IS HEREBY ORDERED** that time for filing defendant's motions be shortened shall be filed no later than March 28, 2008, for hearing on April 14, 2008.

**SO ORDERED.**

DATED: March 26, 2008

Larry A. Burns

HONORABLE LARRY ALAN BURNS
United States District Judge