UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0644-LAB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO FILE MOTIONS IN EXCESS OF 25 PAGES |
| VICTOR MANUEL OROZCO-AGUIRRE, | ) | |
| Defendant. | ) | |

Good cause having been shown **IT IS HEREBY ORDERED** that counsel for the above-captioned defendant may file motions in excess of twenty-five pages, **but not more than 35 pages**.

**SO ORDERED.**

DATED: March 26, 2008

Larry A. Burns

**HONORABLE LARRY ALAN BURNS**
United States District Judge