**STEVEN F. HUBACHEK**
California Bar No. 147703
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Steven_Hubachek@fd.org

Attorneys for Mr. Orozco Aguirre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL OROZCO-AGUIRRE,<br><br>Defendant. | Case No. 08CR0644-LAB<br><br>Date: April 14, 2008<br>Time: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL DISCOVERY;<br>2) DISMISS INDICTMENT;<br>3) REVEAL GRAND JURY TRANSCRIPTS;<br>4) SUPPRESS STATEMENTS;<br>5) SUPPRESS EVIDENCE; AND<br>6) GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on April 14, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Victor Manuel Orozco Aguirre, by and through his attorneys, Steven F. Hubachek, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

**MOTIONS**

Defendant, Victor Manuel Orozco Aguirre, by and through his attorneys, Steven F. Hubachek and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Compel Discovery;
2) Dismiss Indictment;
3) Reveal Grand Jury Transcripts;
4) Suppress Statements;
5) Suppress Evidence; and
6) Grant Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: March 20, 2008

/s/ Steven F. Hubachek
**STEVEN F. HUBACHEK**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Steven_Hubachek@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Randy K. Jones**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Randy.Jones2@usdoj.gov

Respectfully submitted,

Dated: March 26, 2008

/s/ Steven F. Hubachek

**STEVEN F. HUBACHEK**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Steven_Hubachek@fd.org