KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant U.S. Attorney
California State Bar No. 141711
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5684
randy.jones2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL OROZCO-AGUIRRE,<br><br>Defendant. | Criminal Case No. 08cr0644-LAB<br><br>Date: June 16, 2008<br>Time: 2:30 p.m.<br><br>**GOVERNMENT'S NOTICE OF MOTION AND MOTION TO:**<br><br>**1) RECONSIDER THE COURT'S ORDER GRANTING DEFENDANT'S DISCOVERY REQUEST; AND**<br><br>**TOGETHER WITH GOVERNMENT'S SUPPLEMENTAL RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS** |

NOTICE OF MOTION

TO: Steven Hubacheck, counsel for Defendant Victor Manuel Orozco-Aguirre:

PLEASE TAKE NOTICE that on June 16, 2008 at 2:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, will move the court for an order granting the Government's Motion To Reconsider the Court's Order Granting Defendant's Discovery Requests together with Government's Supplemental Response and Opposition to Defendant's Motion to Suppress.

//

//

//

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and RANDY K. JONES, Assistant United States Attorney, and hereby moves this Court for an Order granting the Government's Motion to Reconsider the Court's Order Granting Defendant's Discovery Requests.

DATED: May 28, 2008

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

S/Randy K. Jones
RANDY K. JONES
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VICTOR MANUEL OROZCO-AGUIRRE,<br>Defendant. | Case No. 08CR0644-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **United States' Motion to Reconsider the Court's Order Granting Defendant's Discovery Requests together with Government's Supplemental Response and Opposition to Defendant's Motion to Suppress** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. **Steven F. Hubachek** **E-mail:** Steven_Hubachek@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008

s/ Randy K. Jones
RANDY K. JONES