**STEVEN F. HUBACHEK**
California Bar No. 147703
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Steven_Hubachek@fd.org

Attorneys for Mr. Orozco Aguirre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL OROZCO-AGUIRRE,<br><br>Defendant. | Case No. 08CR0644-LAB<br><br>Date: June 16, 2008<br>Time: 2:30 p.m<br><br>NOTICE OF MOTIONS IN LIMINE AND MOTIONS IN LIMINE TO:<br>(1) EXCLUDE VALUE TESTIMONY;<br>(2) EXCLUDE TESTIMONY REGARDING NERVOUSNESS;<br>(3) EXCLUDE OPINION TESTIMONY ON THE CONDITION OF THE SEAL<br>(4) PRECLUDE 404(B) AND 609 EVIDENCE;<br>(5)PRECLUDE VOUCHING;<br>(6) COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS;<br>(7) PROVIDE A SEPARATE COPY OF JURY INSTRUCTIONS TO EACH JUROR;<br>(8) ALLOW ATTORNEY-CONDUCTED VOIR DIRE;<br>(9) EXCLUDE NARCOTICS FROM THE COURTROOM;<br>(10) PRECLUDE TECS HISTORY;<br>(11) EXCLUDE THE INDICTMENT FROM THE JURY ROOM;<br>(12) ORDER PRODUCTION OF ANY SUPPLEMENTAL REPORTS;;<br>(13) PRECLUDE GUILT-ASSUMING HYPOTHETICALS<br>(14) GRANT LEAVE TO FILE FURTHER MOTIONS. |

//

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on June 16, 2008, at 2:30 p.m , or as soon thereafter as counsel may be heard, defendant, Victor Manuel Orozco Aguirre, by and through his attorneys, Steven F. Hubachek, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, Victor Manuel Orozco Aguirre, by and through his attorneys, Steven F. Hubachek and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an Order to:

(1) Exclude Value Testimony;
(2) Exclude Testimony Regarding Nervousness;
(3) Exclude Opinion Testimony on the Condition of the Seal
(4) Preclude Admission of 404(b) and 609 Evidence;
(5) Preclude Vouching;
(6) Compel Production of Grand Jury Transcripts;
(7) Provide a Separate Copy of Jury Instructions to Each Juror;
(8) Allow Attorney-Conducted Voir Dire;
(9) Exclude Narcotics From the Courtroom.
(10) Preclude TECS History;
(11) Exclude the Indictment From the Jury Room;
(12) Order Production of Any Supplemental Reports;
(13) Preclude Guilt-Assuming Hypotheticals; and
(14) Grant Leave to File Further Motions.

These motions in limine are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: June 9, 2008

/s/ Steven F. Hubachek
**STEVEN F. HUBACHEK**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Steven_Hubachek@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Randy K. Jones**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Randy.Jones2@usdoj.gov

Respectfully submitted,

Dated: June 9, 2008

/s/ Steven F. Hubachek

**STEVEN F. HUBACHEK**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Steven_Hubachek@fd.org