KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant U.S. Attorney
California State Bar No. 141711
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5684
randy.jones2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL OROZCO-AGUIRRE,<br><br>Defendant. | Criminal Case No. 08CR0644-LAB<br><br>DATE: June 16, 2008<br>TIME: 2:30 p.m.<br><br>**GOVERNMENT'S NOTICE OF MOTIONS AND MOTION IN LIMINE TO:**<br><br>**(A) THE COURT SHOULD PROHIBIT DEFENDANT FROM MAKING REFERENCE TO DEFENDANT'S FAMILY, HEALTH, AGE, FINANCES, EDUCATION AND POTENTIAL PUNISHMENT**<br>**(B) PROHIBIT DEFENDANT FROM INTRODUCING HIS OWN OUT-OF-COURT STATEMENTS**<br>**(C) EXCLUDE WITNESSES DURING TRIAL WITH THE EXCEPTION OF THE UNITED STATES' CASE AGENT**<br>**(D) LIMIT CHARACTER EVIDENCE** |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and hereby files its above-referenced motions in limine.

These motions in limine are based upon the instant motions in limine and notice of motions in limine, the attached statement of the case, statement of facts and memorandum of points and authorities,

the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

DATED: June 12, 2008

Respectfully Submitted,

Karen P. Hewitt
United States Attorney

s/ Randy K. Jones

RANDY K. JONES
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: randy.jones2@usdoj.gov

KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant U.S. Attorney
California State Bar No. 141711
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5684;
randy.jones2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. VICTOR MANUEL OROZCO-AGUIRRE, Defendant. | Case No. 08CR0644-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Government's Notice of Motions and Motion in Lmine, Statement of the Case, Statement of Facts and Memorandum of Points and Authorities in Support of Government's Motions in Limine** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. Steven Hubachek**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008

s/ Randy K. Jones
RANDY K. JONES