**STEVEN F. HUBACHEK**
California State Bar No. 147703
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Steven_Hubachek@fd.org

Attorneys for Mr. Orozco-Aguirre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**VICTOR MANUEL OROZCO-AGUIRRE**,<br><br>Defendant. | CASE NO.: **08CR0644-LAB**<br><br>DATE: June 17, 2008<br>TIME: 9:00 a.m.<br><br>APPLICATION FOR ORDER PERMITTING DEFENSE COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:

Defense counsel anticipates using electronic equipment during opening statements, during trial and in closing argument, specifically an "Elmo," laptop and projector. Therefore, counsel submits the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment into the courthouse for trial. If possible, counsel requests that his technological assistant be permitted to enter the courtroom prior to trial as needed to set up the equipment.

Respectfully submitted,

Date: June 16, 2008

*/s/ Steven F. Hubachek*
**STEVEN F. HUBACHEK**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Orozco-Aguirre

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Randy K. Jones**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Randy.Jones2@usdoj.gov

Dated: June 16, 2008

*/s/ Steven F. Hubachek*

STEVEN F. HUBACHEK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: steven_hubachek@fd.org