UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**VICTOR MANUEL OROZCO-AGUIRRE**,<br>Defendant. | CASE NO.: **08CR0644-LAB**<br><br>ORDER ALLOWING DEFENSE COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM |

**IT IS HEREBY ORDERED**, good cause having been shown, that counsel for Mr. Orozco-Aguirre, or employees of his counsel, Federal Defenders of San Diego, Inc., may bring electronic equipment to Court for trial on June 18-19, 2008, in the above-captioned case.

Dated: June 18, 2008

[signature]

**HONORABLE LARRY A. BURNS**
United States District Judge