FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
Plaintiff, )
vs )
VICTOR MANUEL OROZCO-AGUIRRE )
Defendant, )

CASE NO.08CR644-LAB

# V E R D I C T

We the jury in the above entitled cause find the defendant, VICTOR MANUEL OROZCO-AGUIRRE,

NOT GUILTY of possession of marijuana and with intent to distribute as charged in the one count Indictment.

If you find the defendant guilty, do you further find that the amount of marijuana involved in this case weighed 100 kilograms or more?

_____________ YES _____________ NO

Date: June 19, 2008
San Diego, California

FOREPERSON
GREGORY MCKIM