MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

U.S.A. VS VICTOR OROZCO-AGUIRRE

Type of Hearing: JURY TRIAL

Case Number: 08CR644-LAB

| NO. | MARKED | REC'VD | | WITNESSES Pltf | Def | Name: |
|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | | | |
| 1A-1D | 6/17/08 | 6/17/08 | Photos of highway 86 checkpoint | | | |
| 2A 2B | 6/17/08 | 6/17/08 | Photos of tractor trailer | | | |
| 3 | 6/17/08 | 6/17/08 | copy of bill of lading | | | |
| 4 | 6/17/08 | 6/17/08 | copy of I-94 | | | |
| 5 | 6/17/08 | 6/17/08 | seal 126927 | | | |
| 7 | 6/17/08 | 6/17/08 | photo of black duffle bags | | | |
| 8 | 6/17/08 | 6/17/08 | photos of bulk marijuana | | | |
| 12 | 6/18/08 | | drug value chart | | | |
| 6A-6C | 6/17/08 | 6/17/08 | photos of tractor trailer | | | |
| 6D | 6/17/08 | 6/17/08 | photo of cardboard box | | | |
| 9 | 6/18/08 | 6/18/08 | photo of Britton & Co behind the building | | | |
| 10 | 6/18/08 | 6/18/08 | daily log sheet | | | |
| 11 | 6/18/08 | 6/18/08 | check list of cargo | | | |
| | | | | | | |
| | | | | | | |
| **DEFENDANT** | | | | | | |
| B,C | 6/18/08 | 6/18/08 | Photos of Santoyo Yard | | | |
| D,E | 6/18/08 | 6/18/08 | Photos of trailer 5802 in yard next to Santoyo | | | |
| F | 6/18/08 | 6/18/08 | Photo of Hutchinson Lot | | | |
| G | 6/18/08 | 6/18/08 | Photo of Britton & Co. | | | |
| H | 6/18/08 | | Photo of Britton & Co. and streets | | | |
| I | 6/18/08 | 6/18/08 | photo of street where trailer was left | | | |
| J | 6/18/08 | 6/18/08 | photo of street where trailer was left | | | |
| K | 6/18/08 | 6/18/08 | photo of entrance to Hutchinson lot | | | |
| L | 6/18/08 | 6/18/08 | check list of cargo | | | |
| M | 6/18/08 | 6/18/08 | Britton order form | | | |

| NO. | MARKED | REC'VD | | WITNESSES Pltf | Def | Name: |
|---|---|---|---|---|---|---|
| N | 6/18/08 | 6/18/08 | Itinerary for Oceanside trip | | | |
| O | 6/18/08 | 6/18/08 | Receipt/payment form | | | |
| Q | 6/18/08 | 6/18/08 | Photo of street where trailer was parked | | | |
| R | 6/18/08 | 6/18/08 | photo of defendant's residence | | | |
| S | 6/18/08 | | photo of entrance to truck stop | | | |
| T | 6/18/08 | | photo of auto parts store at truck stop | | | |
| U | 6/18/08 | | photo of truck stop | | | |
| V | 6/18/08 | | photo of restaurant at truck stop | | | |
| W | 6/18/08 | | photo of parking lot at truck stop | | | |
| | | | | | | |