FILED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VICTOR MANUEL OROZCO-AGUIRRE,

Defendant.

CASE NO. 08CR644-LAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

X the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 21:841(a)(1) - Possession of Marijuana with Intent to Distribute

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 19, 2008

[signature]
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON ______________